UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-62599-LEIBOWITZ/STRAUSS

**JOSE RICARDO SEOLE,**
    *Plaintiff,*

v.

**ACE HARDWARE,**
    *Defendant.*
_____/

## OMNIBUS ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION AND RULING ON PENDING MOTIONS

**THIS CAUSE** is before the Court upon a Report and Recommendation by United States Magistrate Judge Jared M. Strauss [ECF No. 6] (the "R&R") filed on January 16, 2026, recommending after screening under 28 U.S.C. § 1915(e)(2) that *pro se* Plaintiff's Complaint [ECF No. 1] be dismissed without prejudice and that any pending motions be denied as moot. [*Id.* at 4]. On January 21, 2026, Plaintiff filed a motion [ECF No. 10], which the court construes as a timely objection to the R&R's recommendation that the Court dismiss this action. Construed liberally, Plaintiff says he did not amend the complaint as directed by Judge Strauss by the court-ordered deadline because he did not receive a copy of Judge Strauss's Order [ECF No. 5] until after the deadline had passed. [ECF No. 10 at 1]. Plaintiff belatedly located the Order in the "USPS facility junk mail bucket" only two days before the R&R was entered. [*Id.*]. As a result, Plaintiff asks for an extension of time to amend his pleading to cure the deficiencies identified by Judge Strauss, which are numerous. [ECF No. 10 at 1; *See* ECF No. 5]. Plaintiff further asks the Court to refer his case to the Court's Volunteer Attorney Program ("VAP"). [ECF No. 9]. Upon due consideration of both pending motions and the R&R, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [**ECF No. 6**] is **ADOPTED IN PART**.
2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

1

3. Plaintiff's Motion for Extension [**ECF No. 10**] is **GRANTED**. <u>Plaintiff must file an Amended Complaint that cures the pleading deficiencies identified by Judge Strauss at ECF No. 5</u> **no later than March 20, 2026**, failing which this case will be DISMISSED *without further notice.*

4. Plaintiff's Motion for referral to the VAP [**ECF No. 9**] is DENIED WITHOUT PRJUDICE. After Plaintiff timely files an Amended Complaint, Plaintiff may renew the Motion.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record
Jose Ricardo Seole, *pro se*
P.O. Box 24013
Fort Lauderdale, FL 33307

2